THACKER ET AL. *v.* BUTLER, ADMINISTRATOR ETC., ET AL.

[No. 19,606. Filed September 5, 1962, Rehearing denied October 24, 1962. Transfer denied March 7, 1963.]

*Grafton J. Kivett*, of Martinsville and *Albert W. Ewbank*, of Indianapolis, for appellants.

*Gilbert W. Butler*, of Martinsville, for appellees.

## DISSENTING OPINION

JACKSON, C. J.—I would grant the petition to transfer for the following reasons:

A. The father acknowledged the son prior to his death, apparently long prior to the enactment of the 1953 Probate Code, Acts 1953, ch. 112, §207, p. 295, being §6-207, Burns', 1953 Replacement. Under the law as it then existed, such acknowledgment accom-

plished everything that would be obtained under §6-207, Burns' 1953 Replacement, *supra*, hence the paternity was "established by law during the father's lifetime."

B. The construction of the statute in the Appellate Court opinion makes §6-207, Burns' 1953 Replacement, *supra*, retroactive.

NOTE.—Reported in 188 N. E. 2d 418.